UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Wanda Brown, | ) | Civil Action No. 5:17-cv-696-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Motion to Remand (ECF No. 17), consented to by Plaintiff's counsel, it is ORDERED that Defendant's Motion (ECF No. 17) is **GRANTED**. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

                                              s/Timothy M. Cain
                                              United States District Judge

November 30, 2017